## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO._____

CHLOE SPEAKMAN,

      Plaintiff,

v.

THE BREAKERS OF PALM BEACH, INC.

      Defendant.

_____

## **DEFENDANT, THE BREAKERS OF PALM BEACH, INC.'S, NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1331, 1367, and 1441, Defendant, The Breakers of Palm Beach, Inc. ("Defendant" or "The Breakers"), respectfully submits this Notice of Removal in this action hereby removing it from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, and as grounds therefore states:

1. On July 16, 2018, Plaintiff, Chloe Speakman, filed her complaint in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, bearing case number 502018CA008978XXXXMB.

2. Process was served on Defendant on July 20, 2018. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely filed.

3. Venue lies in the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1441(a). Federal jurisdiction is appropriate pursuant to 28 U.S.C. § 1331 because this case is removable pursuant to federal law.

4.      Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of all matters arising under the laws of the United States of America.  A civil action filed in a state court may be removed to federal court if the claim is one "arising under" federal law.  28 U.S.C. § 1331; 1441(a).  To determine whether the claim arises under federal law, this Court must examine the "well pleaded" allegations of the complaint.  *See Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003) (citing *Louisville & Nashville R. Co. v. Mottley*, 211 U.S. 149 (1908)).  "[A] suit arises under the Constitution and the laws of the United States only when the plaintiff's statement of his own cause of action shows that it is based upon those laws or that Constitution."  *Id*.

5.      Plaintiff's complaint contains allegations that attempt to state claims under the laws of the United States of America, specifically Title VII of the Civil Rights Act ("Title VII") and the Pregnancy Discrimination Act ("PDA").  Plaintiff alleges that her sex and expressed intentions to become pregnant were motivating factors in Defendant's decision to terminate her employment.  *See* Pl.'s Compl. ¶ 33. She further alleges that she would not have been terminated but for her sex and intended condition associated with attempts to become pregnant.  *Id.*  While The Breakers denies the truth of these allegations, for jurisdictional purposes the allegations are sufficient to confer federal jurisdiction.

6.      The first count of the complaint attempts to state a claim for violation of the Florida Civil Rights Act ("FCRA").  This allegation is based on the same allegations and controversy as the other allegations of the complaint.

7.      Although the first count of the complaint is based on a state statute, the Court has supplemental jurisdiction over the claim pursuant to 28 U.S.C. § 1367 because the state claim is so related to the claims within the Court's original jurisdiction that they form the same case and

controversy.  The Plaintiff relies on the same facts and circumstances to support both counts of her Complaint.

8.      The state claim does not raise a novel or complex issue of state law.  The state law claim does not predominate over any of the claims within the Court's original jurisdiction and none of the federal claims have been dismissed by the Court.  Finally, no compelling reason exists for the Court to decline jurisdiction.

9.      As a result, this Court has original jurisdiction over the second count of this action pursuant to 28 U.S.C. § 1331 and has jurisdiction over the first count of this action pursuant to 28 U.S.C. § 1337, and may remove this action pursuant to 28 U.S.C. § 1441.

10.     The District and Division embracing the place where this action is presently pending is the United States District Court for the Southern District of Florida, West Palm Beach Division.  For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. § 1331, 1367, and 1441.

11.     Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, orders, and other papers or exhibits on file in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, are attached to this Notice as Composite Exhibit "A."

12.     Defendant is contemporaneously filing a copy of this Notice with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, as required by 28 U.S.C. § 1446(d), and Defendant will give written notice to all parties of the filing of this Notice of Removal.  A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1337, and 1441, Defendant, The Breakers of Palm Beach, Inc., respectfully requests this Court remove the above-captioned civil action,

3

which is currently pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to federal court, and for such further relief as this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via e-mail and U.S. Mail to Christopher C. Copeland, Esq., Christopher C. Copeland, P.A., 824 W. Indiantown Road, Jupiter, FL 33458 (chris@copelandpa.com) on this 17th day of August, 2018.

*s/ Holly L. Griffin*
Gregor J. Schwinghammer Jr.
Florida Bar No. 90158
Primary: gschwinghammer@gunster.com
Secondary: eservice@gunster.com
Secondary: jhoppel@gunster.com
Holly L. Griffin
Florida Bar No. 93213
Primary: hgriffin@gunster.com
Secondary: cstgeorge@gunster.com
Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
Facsimile: 561-655-5677
*Attorneys for Defendant*

WPB_ACTIVE 8632667.1